## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SUSAN MAYNARD,

                Plaintiff,                18 **CIVIL** 8877 (LAP)

      -against-                       **JUDGMENT**

MONTEFIORE MEDICAL CENTER, MARCIA
LUTZ, VAYOLA NELSON, BEVERLEY
WINTER, PEARLINE DOUGLAS, DAVIDA
HARRIS,                        Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 4, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          February 4, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                **BY:**      *K. Mango*

                                                  **Deputy Clerk**